IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

JEFFREY NADEL, *et al.*,

    Plaintiffs,

v.

ELSIE MARINO, *et al.*,

    Defendants.

Case No.: GJH-17-2136

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Plaintiffs' Motion to Remand, ECF No. 12, is **GRANTED** and this action is remanded to the Circuit Court for Montgomery County, Maryland;

2. Plaintiff shall file a detailed summary of its fees and costs incurred associated with the filing of their Motion to Remand no later than fourteen days following this Order; and,

3. The Clerk shall **CLOSE** the case.

Dated: October 20, 2017

GEORGE J. HAZEL
United States District Judge