

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

October 20, 2017

Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD  20850

    RE:    Nadel et al v. Marino et al
              Civil Action No. 8:17-cv-02136-GJH
              433888-V

Dear Clerk:

    On October 20, 2017, the Honorable George J. Hazel signed an order remanding the above-entitled case to your Court.  Enclosed is a copy of the order, together with a copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                                  Sincerely,

                                  Felicia C. Cannon, Clerk

                      By:      /s/
                                  J. Fletcher, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2017.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**