IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

JEFFREY NADEL, *et al.*,

    Plaintiffs,

v.                                  Case No.: GJH-17-2136

ELSIE MARINO, *et al.*,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Defendant Elsie Marino's Plaintiffs' Motion to Alter or Amend A Decision Collateral to and Severable from the Remand Order, ECF No. 18, is hereby **DENIED**; and,

2. The Clerk shall **MAIL** a copy of this Order to Plaintiffs.

Dated: May 24, 2018

GEORGE J. HAZEL
United States District Judge